IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARITY MAE PANTALION,

    Plaintiff,

vs.

RESMAE MORTGAGE CORPORATION, et al.,

    Defendants.

CIV. NO. S-09-2262 MCE GGH PS

ORDER

Defendant ResMAE Mortgage Corporation's motion to dismiss presently is calendared for hearing on April 15, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

Accordingly, IT IS ORDERED that:

1. The April 15, 2010 hearing on the motion to dismiss, filed February 17, 2010, is vacated; and

2. The motion is submitted on the record.

DATED: April 2, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Pantalion2262.vac.wpd

1