1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8    CHARITY MAE PANTALION,

9              Plaintiff,                          CIV. NO. S-09-2262 MCE GGH PS

10        vs.

11   RESMAE MORTGAGE CORPORATION, et al.,

12             Defendants.                    ORDER AND FINDINGS AND
                                              RECOMMENDATIONS
13   _____/

14             Plaintiff is now proceeding with counsel in this action, referred to the undersigned

15   pursuant to Local Rule 72-302(c)(21).  By order of May 13, 2010, plaintiff was directed to effect

16   service of process on all defendants who had not yet filed a responsive pleading, and file a

17   statement reflecting service on those defendants within 21 days of that order.  Plaintiff was

18   warned that failure to comply with the order would result in a recommendation that those

19   defendants would be dismissed from the action.  Plaintiff has not filed anything since that order.

20   It appears from the record that plaintiff had effected proper service on all defendants, see Cal.

21   Code Civ. P. 415.40,  except Christopher Cox, and filed an executed summons return on

22   December 31, 2009.  Accordingly, only defendant Christopher Cox should be dismissed from the

23   action.

24             Defendants DE HDL, Inc., Hisham Desouki, Jonathan Annett, Fox Fields

25   Financial, Inc., and Christopher Fox have been served but have not filed a responsive pleading.

26   Therefore, these defendants are now in default.  As all appearing parties are now represented by

1   counsel, the case will be referred back to the district judge and the undersigned makes no

2   recommendation as to the defaulting defendants.

3          Accordingly, IT IS ORDERED that: as all appearing parties are now represented

4   by counsel, the referral to the magistrate judge is withdrawn.  However, the magistrate judge

5   shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20).

6          Good cause appearing, IT IS HEREBY RECOMMENDED that: defendant

7   Christopher Cox be dismissed from this action.

8          These findings and recommendations are submitted to the United States District

9   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

10  fourteen (14) days after being served with these findings and recommendations, any party may

11  file written objections with the court and serve a copy on all parties.  Such a document should be

12  captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the

13  objections shall be served and filed within fourteen (14) days after service of the objections.  The

14  parties are advised that failure to file objections within the specified time may waive the right to

15  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

16  DATED: June 7, 2010

17                                 /s/ Gregory G. Hollows

18                                 _____
                                   U. S. MAGISTRATE JUDGE

19  GGH:076:Pantalion2262.osc2.wpd

20

21

22

23

24

25

26

2