IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARITY MAE PANTALION,                    No. 2:09-cv-02262-MCE-GGH

    Plaintiff,

  vs.                                                      ORDER

RESMAE MORT. CORP., et al.,

    Defendants.

_____/

On May 13, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on May 27, 2010, defendants filed a reply to the objections on June 10, 2010, and they were considered by the district judge.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.

1

1 See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's
2 conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708
3 F.2d 452, 454 (9th Cir. 1983).
4     The court has reviewed the applicable legal standards and, good cause appearing,
5 concludes that it is appropriate to adopt the Findings and Recommendations in full.  Accordingly,
6 IT IS ORDERED that:
7     1.  The Findings and Recommendations filed May 13, 2010, are ADOPTED;
8     2.  The motion to dismiss, filed January 28, 2010, by defendants Wilshire Credit
9 Corporation, Mortgage Electronic Registration Systems, Inc., Merrill Lynch Mortgage Investors,
10 Inc., and Merrill Lynch Investors Trust Series 2006 RM5, is granted and these defendants are
11 dismissed with prejudice; and
12     3.  The motion to dismiss, filed February 17, 2010, by defendant ResMAE is granted, and
13 this defendant is dismissed with prejudice.

Dated: June 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE