UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARITY MAE PANTALION,  No. 2:09-cv-02262-MCE-GGH

    Plaintiff,

 v.  <u>MEMORANDUM AND ORDER</u>

RESMAE MORTGAGE CORP., et al.,

    Defendants.

----oo0oo----

    The Court is in receipt of Plaintiff's Proposed Substitution of Attorney (ECF No. 50).  Plaintiff apparently intends to proceed pro se and is attempting to substitute herself in as counsel of record.  Accordingly, the request filed on her behalf should properly have been noticed and filed by her current counsel as a motion to withdraw pursuant to Eastern District of California Local Rule 182(d).  Plaintiff's request is thus DENIED without prejudice to refiling by her current counsel according to the Local Rules.

    IT IS SO ORDERED.

Dated: July 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1