UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARITY MAE PANTALION,                No. 2:09-cv-02262-MCE-GGH

     Plaintiff,

  v.                                    ORDER

RESMAE MORTGAGE CORP., et al.,

     Defendants.

----oo0oo----

Per his Motion, Mitchell L. Abdallah of the Abdallah Law Group, P.C. ("Counsel"), seeks leave of this Court to withdraw as Plaintiff's attorney of record.  According to his Motion, Plaintiff contacted Counsel and requested that he withdraw. Motion, ¶ 3.  Plaintiff intends to proceed pro se and consents to Counsel's instant request.  Id., ¶ 4.  This Court thus finds Counsel's current Motion to be supported by good cause. California Rules of Professional Conduct 3-700(c)(5) ("[A] member may not request permission to withdraw in matters pending before a tribunal...unless such request or such withdrawal is because...[t]he client knowingly and freely assents to termination of the employment.").

1

1  Given the lack of any Opposition to Counsel's Motion, and the
2  fact that judgment has already been entered in this case, the
3  Court further finds no prejudice to Plaintiff or to the other
4  parties will result due to Counsel's withdrawal.  See Canandaigua
5  Wine Co. v. Moldauer, 2009 WL 89141, *1-2 (E.D. Cal.).
6       In addition, this motion is governed by the requirements of
7  Local Rule 182(d), which provides that an attorney may not
8  withdraw, leaving the client in propria persona, absent noticed
9  motion and an affidavit from counsel showing the efforts made to
10 provide notification of the attorney's intent to withdraw.
11 Counsel's Motion complies with those requirements and this
12 request to withdraw is accordingly proper.
13      Because Counsel's request is procedurally correct,
14 substantively supported and unopposed, the Motion to Withdraw is
15 GRANTED.[1]  Mitchell L. Abdallah of the Abdallah Law Group, P.C.,
16 is relieved as counsel of record for Plaintiff effective upon the
17 filing of proof of service of this signed order on Plaintiff at
18 her last known address, 303 W. Magnolia Street, Stockton,
19 California 95203.
20      IT IS SO ORDERED.

Dated: September 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing.  E.D. Cal. Local Rule 230(g).